Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**-** *additional counsel on signature page* –

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG M. PLUMLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>          v.<br><br>SEMPRA ENERGY, DEBRA L. REED, and JOSEPH A. HOUSEHOLDER,<br><br>                                    Defendants. | No. 3:16-cv-00512-RTB-RBB<br><br>**NOTICE OF MOTION AND MOTION OF RICHARD BERKOWITZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>DATE: June 13, 2016<br>TIME: 10:30 am<br>JUDGE: Roger T. Benitez<br>CTRM: 5A (5th Floor – Schwartz) |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Richard Berkowitz ("Berkowitz"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, on June 13, 2016, at 10:30 am, for an Order filed contemporaneously with this motion: (1) appointing Berkowitz as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Sempra Energy between May 14, 2015 and November 23, 2015, both dates inclusive; (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

In support of this motion, Berkowitz submits a Memorandum of Points and Authorities, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated: May 2, 2016

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions.  Due to the PSLRA's lead plaintiff procedure, however, Berkowitz will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Berkowitz requests that the conferral requirement of Local Rule 7-3 be waived.

1
2
3
4
5

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665

6
7
8
9

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

10
11

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

12
13
14
15
16
17

**GOLDBERG LAW PC**
Michael Goldberg
Brian Schall
13650 Marina Pointe Dr. Ste. 1404
Marina Del Rey, CA 90292
Telephone: 800-977-7401
Fax: 800-536-0065
Email:  michael@goldberglawpc
           brian@goldberglawpc

18
19

*Additional Counsel for Movant*

20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         */s/ Jennifer Pafiti*
                                          Jennifer Pafiti