MORGAN, LEWIS & BOCKIUS LLP
Robert E. Gooding, Jr., Bar No. 50617
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700
robert.gooding@morganlewis.com

Attorneys for Defendant
SEMPRA ENERGY

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jack P. DiCanio, Bar No. 138782
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel: +1.213.687.5000
Fax: +1.213.687.5600
jdicanio@skadden.com

Attorneys for Defendant
DEBRA L. REED

O'MELVENY & MYERS LLP
Matthew W. Close, Bar No. 188570
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
Tel: +1.213.430.6000
Fax: +1.213.430.6407
mclose@omm.com

Attorneys for Defendant
JOSEPH A. HOUSEHOLDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG M. PLUMLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, DEBRA L. REED and JOSEPH A. HOUSEHOLDER,<br><br>Defendants. | Case No. 3:16-CV-00512-BEN-RBB<br><br>**DEFENDANTS' RESPONSE TO MOTION OF STEPHEN GRAHAM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date: June 13, 2016<br>Time: 10:30 am<br>Judge: Hon. Roger T. Benitez<br>Dept.: 5A (5th Flr - Schwartz) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DEFENDANTS' RESP. TO MTN OF GRAHAM FOR
APPOINTMENT AS LEAD COUNSEL
CASE NO. 3:16-CV-00512-RTB-RBB

## RESPONSE TO MOTION

Defendants hereby submit this response to the Motion of Stephen Graham for Appointment as Lead Plaintiff and Approval of Counsel submitted by the firm of Levi & Korsinsky LLP on behalf of Stephen Graham.

Defendants take no position with respect to the Motion or the legal and factual contentions therein.  However, Defendants reserve their right to challenge class certification at the appropriate time on any and all grounds including, but not limited to, the adequacy and typicality of the lead plaintiff(s).

Dated:  May 31, 2016           MORGAN, LEWIS & BOCKIUS LLP

By: s/ Robert E. Gooding, Jr.
Robert E. Gooding, Jr.

Attorneys for Defendant
SEMPRA ENERGY

Email:  robert.gooding@morganlewis.com

Dated:  May 31, 2016           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By s/ Jack P. Dicanio
Jack P. Dicanio

Attorneys for Defendant
DEBRA L. REED

Email:  jdicanio@skadden.com

Dated:  May 31, 2016           O'MELVENY & MYERS LLP

By s/ Matthew W. Close
Matthew W. Close

Attorneys for Defendant
JOSEPH A. HOUSEHOLDER

Email:  mclose@omm.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2016, I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing ("NEF") was automatically generated to the CM/ECF registrants on record.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Dated:  May 31, 2016

s/  Robert E. Gooding, Jr.
Email: robert.gooding@morganlewis.com
Robert E. Gooding, Jr., Bar No. 50617
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  +1.714.830.0600