1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG M. PLUMLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>SEMPRA ENERGY, DEBRA L. REED, and JOSEPH A. HOUSEHOLDER,<br><br>                              Defendants. | Case No. 16CV512 BEN (RBB)<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>[Docket Nos. 12-14] |

Having considered the papers filed in support of the Motions of class members Stephen Graham & Richard Berkowitz ("Movants") for Appointment as Lead Plaintiffs and Approval of Selection of Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby ORDERS as follows:

**I.      APPOINTMENT OF CO-LEAD PLAINTIFF AND COUNSEL**

1.   Movants have moved this Court to be appointed as Co-Lead Plaintiff in the Action and to approve the counsels they retained to be Co-Lead Counsel.

2. Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines, based on the information available, that Movants are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Movants as Co-Lead Plaintiffs to represent the interests of the class.

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected and retained the law firms of Levi & Korsinsky LLP and Pomerantz LLP to serve as Co-Lead Counsel. The Court approves Movants' selection of Co-Lead Counsel.

4. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

    a.    to coordinate the briefing and argument of any and all motions;

    b.    to coordinate the conduct of any and all discovery proceedings;

    c.    to coordinate the examination of any and all witnesses in depositions;

    d.    to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e.    to call meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

    f.    to coordinate all settlement negotiations with counsel for defendants;

    g.    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

    h.    to coordinate the preparation and filings of all pleadings; and

i.    to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

5.    No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of the Co-Lead Counsel.

6.    Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

7.    Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.  Co-Lead Counsel shall be the contact between the Court and plaintiffs.

## II.    NEWLY FILED OR TRANSFERRED ACTIONS

8.    When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a.    file a copy of this Order in the separate file for such action;

    b.    mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c.    make the appropriate entry on the docket for this action.

9.    During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and

electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

Dated:  June 6, 2016

Hon. Roger T. Benitez
United States District Judge