

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG M. PLUMLEY, STEPHEN GRAHAM, and RICHARD BERKOWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>V.<br><br>SEMPRA ENERGY, SOUTHERN CALIFORNIA GAS COMPANY, DEBRA L. REED, and DENNIS V. ARRIOLA<br><br>**Defendant.** | Civil Action No.  16-cv-0512-BEN-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' Second Amended Complaint is Dismissed with prejudice. It Is So Ordered.

| | |
|---|---|
| **Date:**       3/26/18 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  A. Hazard<br>A. Hazard, Deputy |